# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :  Criminal No. 2:21-cr-00311-CDJ |
| STANLEY WOLOFF | : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Lorie K. Dakessian, Esquire on behalf of defendant Stanley Woloff in connection with the above matter.

*/s/ Lorie K. Dakessian*____
Lorie K. Dakessian

*Attorney for Defendant Stanley Woloff*

Date:  August 13, 2021

**CERTIFICATE OF SERVICE**

  I, Lorie K. Dakessian, Esquire, hereby certify that I cause a true and correct copy of the foregoing Entry of Appearance to be electronically filed pursuant to the Court's electronic filing system, and that the document is available for downloading and viewing by the following from the Court's electronic filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                */s/ Lorie K. Dakessian*
                Lorie K. Dakessian, Esquire

Dated: August 13, 2021