IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY WOLOFF | CRIMINAL NO.  21-311 |

### NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Arraignment/Guilty Plea Hearing** on **Tuesday, December 14, 2021** at **11:00 a.m.** before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:   /s/ Leesa B. Ciamaichelo
      Deputy to Judge C. Darnell Jones II
      Phone: (267) 299-7759

Date:  December 6, 2021

cc - via U.S. mail:         Defendant
cc - via email:             J. Aaron, Esquire
                            L. Dakessian, Esquire
                            L. Lappen, Assistant U.S. Attorney
                            U.S. Marshal
                            Probation Office
                            Pretrial Services
                            Interpreter Coordinator

crnotice (July 2021)