IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  21-311 |
| STANLEY WOLOFF | |

## AMENDED NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **\*\*VIRTUAL\*\*Arraignment/Guilty Plea Hearing** on **Tuesday, January 11, 2022** at **10:00 A.M.** before the **Honorable C. Darnell Jones II** in in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:  /s/ Leesa B. Ciamaichelo
Deputy to Judge C. Darnell Jones II
Phone: (267) 299-7759

Date: January 7, 2022

cc - via U.S. mail:  Defendant
cc - via email:   J. Aaron, Esquire
L. Dakessian, Esquire
L. Lappen, Assistant U.S. Attorney
U.S. Marshal
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)