Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

<u>EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-CR-311 |
| STANLEY WOLOFF | : | |

STANLEY WOLOFF, the above named defendant, who is accused of: 18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds - 1 count); 18 U.S.C. § 666(a)(2), (b) (bribery concerning federal programs - 1 count); 18 U.S.C. § 1343 (wire fraud – 1 count) and 18 U.S.C. § 2 (aiding and abetting - 1 count), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
STANLEY WOLOFF
Defendant

_____
Witness

_____
JUDSON A. AARON, ESQ.
Counsel for Defendant