IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

STANLEY WOLOFF

CRIMINAL NO.  21-311

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Sentencing** on **Tuesday, April 26, 2022** at **10:00 A.M.** before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.


By:                                        /s/ Leesa B. Ciamaichelo
                                           Deputy to Judge C. Darnell Jones II
                                           Phone: (267) 299-7759


Date:  March 23, 2022

cc - via U.S. mail:                        Defendant
cc - via email:                            J. Aaron, Esquire
                                           L. Dakessian, Esquire
                                           L. Lappen, Assistant U.S. Attorney
                                           U.S. Marshal
                                           Probation Office
                                           Pretrial Services
                                           Interpreter Coordinator

crnotice (July 2021)