### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 21-311 |
| STANLEY WOLOFF | |

### ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of the uncontested Motion of Defendant Stanley Woloff for Leave to File Sentencing Memorandum Under Seal, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and

2. Defendant Stanley Woloff's Sentencing Memorandum shall be **FILED UNDER SEAL**.

_____
C. Darnell Jones II, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 21-311 |
| STANLEY WOLOFF | |

### MOTION OF DEFENDANT STANLEY WOLOFF FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant Stanley Woloff respectfully moves for leave to file his Sentencing Memorandum under seal. Because of the nature of the information provided in Mr. Woloff's Sentencing Memorandum, disclosure of this information may result in harm to Mr. Woloff. The Government does not contest this Motion.

For these reasons, Mr. Woloff respectfully requests that the Court enter an Order granting Mr. Woloff's Motion to file the Sentencing Memorandum under seal.

Respectfully submitted,

*/s/ Judson A. Aaron*
**CONRAD O'BRIEN PC**
Judson A. Aaron, Esquire
Lorie K. Dakessian, Esquire
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102-2100
(T) 215.864.9600 / (F) 215.864.9620

*Counsel for Defendant Stanley Woloff*

Dated: April 28, 2022

1

2

## CERTIFICATE OF SERVICE

      I certify that, on the date set forth below, the foregoing Motion of Defendant Stanley Woloff for Leave to File Sentencing Memorandum Under Seal was served on all counsel of record via ECF. I further certify that the electronic filing of this document constitutes proper service on all counsel of record pursuant to Local Rule 5.1.2.

                                                                     */s/ Judson A. Aaron, Esquire*
                                                                    Judson A. Aaron, Esquire

Dated: April 28, 2022

3

**CERTIFICATE OF UNCONTESTED MOTION**

I certify that I have conferred with opposing counsel regarding the foregoing Motion of Defendant Stanley Woloff for Leave to File Sentencing Memorandum Under Seal. I further certify that, in accordance with Local Rule 7.1, this Motion is uncontested.

*/s/ Judson A. Aaron, Esquire*
Judson A. Aaron, Esquire

Dated: April 28, 2022