IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 21-311 |
| STANLEY WOLOFF | |

## NOTICE OF HEARING

**TAKE NOTICE** that defendant is scheduled for a **Sentencing** on **Tuesday, May 31, 2022** at **1:00 p.m.** before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:	/s/ Leesa B. Ciamaichelo
	Deputy to Judge C. Darnell Jones II
	Phone: (267) 299-7759

Date: May 17, 2022

cc - via U.S. mail:	Defendant
cc - via email:	J. Aaron, Esquire
	L. Dakessian, Esquire
	L. Lappen, Assistant U.S. Attorney
	U.S. Marshal
	Probation Office
	Pretrial Services
	Interpreter Coordinator

crnotice (July 2021)