IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| STANLEY WOLOFF | NO.  21-311 |

## O R D E R

**AND NOW**, this 20th day of September, 2022, upon consideration of defendant's request to submit a restitution payment prior to the entry of the Judgment in this case, **IT IS ORDERED** that defendant's request is **GRANTED**.  The Clerk of Court shall accept from the defendant a payment in the amount of $200,000.00 that shall be credited to his restitution obligation in this case.

BY THE COURT:

/s/ Hon. C. Darnell Jones II
_____
JONES II, C. DARNELL, J.