IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| STANLEY WOLOFF | : | NO.: 21-cr-00311 - 1 |

## O R D E R

**AND NOW**, this 10th day of **JANUARY   2023,** it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable C. Darnell Jones to the calendar of the Honorable Mia Roberts Perez.

FOR THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ
**Chief Judge**