IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STANLEY WOLOFF | CRIMINAL NO. 21-311 |

**O R D E R**

**AND NOW,** to wit this 30th day of January, 2023, upon consideration of Defendant Stanley Woloff's Unopposed Motion for Return of Passport, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Return of Passport is **GRANTED**. The Clerk's Office shall return the passport of Stanley Woloff to his wife, Judith Woloff, forthwith.

BY THE COURT:

/s/ Mia R. Perez
_____
MIA R. PEREZ
United States District Court Judge